No. 1343, Misc. POPE *v.* FERGUSON, JUDGE, ET AL. Sup. Ct. Tex. Certiorari denied. *Tom H. Davis* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Pat Bailey,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Gilbert J. Pena,* Assistant Attorneys General, for respondents.

No. 1346, Misc. LYNCH *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1349, Misc. OWENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1350, Misc. DIAMOND *v.* NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1351, Misc. WILLIAMS *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1353, Misc. FREEMAN *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1354, Misc. ALLEN *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1355, Misc. GILL *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1356, Misc. POOL *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1362, Misc. CARDENAS *v.* CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.